UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60936-CIV-SINGHAL

PHILLIP MOODY,

    Plaintiff,

v.

AMERICAN EXPRESS COMPANY
and AMERICAN EXPRESS TRAVEL
RELATED SERVICES, INC.,

    Defendants.
_____/

## ORDER

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On December 21, 2023, the Court granted Plaintiff's prior counsel's request to withdraw as counsel and ordered Plaintiff to either "(a) retain new counsel, and new counsel shall file a Notice of Appearance, or (b) file a Notice of Intent to Proceed *Pro Se*" by January 19, 2024. (DE [28]). On February 2, 2024, Plaintiff had still not complied with the Court's order. Defendants American Express Company and American Express Travel Related Services Company, Inc. (collectively, "Defendants") therefore filed a status report with the Court. In that report, they stated that Plaintiff was similarly given until January 12, 2024 in the parties arbitration proceedings[1] to either obtain new counsel or file notice of intent to proceed *pro se*, but as of the date of Defendants' status report Plaintiff had failed to do so. The status report further states that Plaintiff has not provided any indication that he

---

[1] On May 25, 2021, at the parties' request, the case was stayed (and administratively closed) pending the arbitration of Plaintiff's claims pursuant to the terms of Defendants' Employment Arbitration Policy. (DE [13]).

wishes to proceed on his claims, and Defendants therefore ask that the Court dismisses the above-styled action due to Plaintiff's failure to comply with the Court's order.

On February 5, 2024, in response to Defendants' status report, the Court ordered Plaintiff to, "by February 19, 2024, either (a) retain new counsel, and new counsel shall file a Notice of Appearance, or (b) file a Notice of Intent to Proceed *Pro Se.*" (DE [31]) The Court further warned Plaintiff that *"failure to do so by that date will result in the case being dismissed without prejudice on **February 20, 2024**."* (DE [31]) (emphasis in original). To date, Plaintiff has yet to comply with the Court's prior orders. Accordingly, it is hereby

**ORDERED** that this case will be **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is directed to **CLOSE** this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 21st day of February 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE


Copies furnished counsel via CM/ECF